**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF<br><br>KAREN STOVALL<br><br><br>DEBTOR | IN PROCEEDINGS<br>UNDER CHAPTER 13<br><br>NO. 07-06403<br>JUDGE: Schmetterer |

### NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

Now comes Midfirst Bank, by and through Counsel, and responds to Trustee's

Notice of Final Mortgage Cure as follows:

As of 10/05/2011 the post-petition sums due and collectable are as follows:

09/2011 – 10/2011 monthly payments at     = $                    1,295.00
$647.50 each

Property Inspections
09/17/2007,
2/22/2008,3/21/2008,4/25/2008,
05/16/2008, 10/9/2009,1/18/2010,
3/29/2010, 04/09/2010 @ $18.00 each    =
= $162.00

Debtor's Suspense
($565.60)


TOTAL                                = $              $891.40

      Respectfully submitted,

       /s/ Todd J. Ruchman
      Attorney for Midfirst Bank

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
FF-63807

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**